UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                    Chapter 13

    *Kinan Nimeh*                                                Case No:

                                       Debtor(s).                    AFFIDAVIT OF INCOME
-------------------------------------------------------X
STATE OF NEW YORK        )
COUNTY OF SUFFOLK      )        ss.:

    *Kinan Nimeh*, being duly sworn, deposes and says:

1. I am the chapter 13 debtor.
2. I am currently the president of KHN Advisors, Inc.
3. I presently receive approximately $9,000.00 a month in gross income from this endeavor. I do not receive paystubs.
4. I am receiving no other income at this time.
5. Therefore, I am unable to provide the last sixty (60) days of paystubs.

                                                                */s/ **Kinan Nimeh***
                                                                *Kinan Nimeh*

Sworn to before me this
12th day of April, 2013

*/s/ **Peter Corey***
Notary Public
Peter Corey
Notary Public, State of New York
No. 02C06133137
Qualified in Suffolk County
Commission Expires September 12, 2013