**UNITED STATES BANKRUPTCY COURT**      Return Date: 5/9/2013
**EASTERN DISTRICT OF NEW YORK**      Time: 9:30 a.m.
-------------------------------------------------------x
**In Re:**

                                                   **CHAPTER 13**
          **KINAN NIMEH,**                   **CASE NO.: 13-71929-AST**

                                                 **NOTICE OF MOTION**
                     **Debtor.**
-------------------------------------------------------x
MADAMS/SIRS:

**PLEASE TAKE NOTICE** that, upon annexed Affidavit of Kinan Nimeh, the Chapter 13 Debtor herein, all prior proceedings heretofore and herein, the undersigned will move this Court before the Honorable Alan S. Trust, U.S. Bankruptcy Judge, at 290 Federal Plaza , Central Islip, New York on the 9th of May, 2013 at 9:30 a.m. or as soon thereafter as counsel may be heard, for an Order Pursuant to 11 U.S.C. Section 362(c)(3) continuing the Automatic Stay as to all creditors for the duration of this case. Answering papers, if any, shall be served so as to ensure actual receipt no later than three (3) days before the return date pursuant to local Bankruptcy Rule 9006-1.

Dated: Melville, New York
        April 16, 2013

                                                 */s/ Peter Corey*_____
                                                 Peter Corey, Esq.
                                                 Attorney for Kinan Nimeh
                                                 Macco & Stern, LLP
                                                 135 Pinelawn Road, Suite 120 South
                                                 Melville, New York 11747
                                                 (631) 549-7900

TO: Marianne DeRosa, Chapter 13 Standing Trustee
      U.S. Trustee's Office
      ALL CREDITORS AND PARTIES IN INTEREST