**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
**In re:**

**KINAN NIMEH,**

                **Debtor.**
-------------------------------------------------------X
STATE OF NEW YORK    )
                                 )SS
COUNTY OF SUFFOLK    )

**CHAPTER 13**
**CASE NO.: 13-71929-AST**

**AFFIDAVIT IN SUPPORT**
**OF DEBTOR'S MOTION**

Kinan Nimeh, being duly sworn, deposes and says:

1. I am the debtor in the above-captioned Chapter 13 case and make this Affidavit in Support of the Motion Pursuant to 11 U.S.C. Section 362 (c)(3) to continue the Automatic Stay for all creditors.

2. I filed a petition under Chapter 13 of the Bankruptcy Code on June 27, 2012.

3. The Chapter 13 case was dismissed on February 21, 2013 for failure to make Plan payments and provide documentation to the Trustee.

4. I have filed the instant case in good faith. I have a change in my financial circumstances.

5. Since the filing of my prior case, I have more income due to the way my corporation does business.

6. Because of the higher income I now enjoy, I now feel confident that I can make my Plan payments in a timely fashion.

7. I have retained the services of attorneys at Richard L. Stern, P.C. to assist me in the instant Chapter 13 case.

8. I respectfully request that the Automatic Stay of 11 U.S.C. Section 362 be continued as to all creditors for the duration of this case.

9. This case has been filed in good faith as I fully expect to be able to make Plan payments.

WHEREFORE, I, Kinan Nimeh, respectfully pray for an Order Pursuant to 11 U.S.C. Section 362 (c)(3) to continue the Automatic Stay in the instant Chapter 11 case, together with such other and further relief as to this Court may seem just and proper.

                                                */s/ **Kinan Nimeh**_____*
                                                Kinan Nimeh